JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV06-5060 DOC(MLGx)                             Date   August 21, 2008

Title   JOSE ACOSTA, JR. ET. AL., -V- TRANS UNION LLC

Present: The Honorable          DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                                  NONE

Proceedings:    (In Chambers)      ORDER  DISMISSING  CASE


    On April 17, 2007, this matter was consolidated into case  SACV05-1070-DOC(MLGx): Terri  N. White, et. al., -V- Experian Information Solutions Inc., et. al.,

    Accordingly, the Court orders the above-entitled action dismissed.



                                                                                            :      0

                                                           Initials of Preparer   kh